United States Bankruptcy Court
WESTERN DISTRICT OF TENNESSEE
CHAPTER 13

---

In Re:  Rochelle Mitchell                                    Chapter 13

Debtor(s)                                                    15-22777

Debtor(s):     Rochelle Mitchell                             SSN:    2434
Address:       7627 Stonington Dr
               Memphis, TN 38125

Plan Payment: Debtor(s) to pay  $492.00 bi-weekly
Payroll Deduction (X)  or Direct (  ) Because:
Payroll:     Charles' Grilled Subs

Administrative: Pay fining fee, Trustee's fee, and debtor's attorney fee, pursuant to Court
Order

Auto Insurance: (X) Not included in Plan (  ) Included in Plan

Monthly Plan Pmt. $_____

| Creditor | Amount of Claim | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| Priority: _____ | $_____ | _____% | $_____ |
| Class I: _____ | $_____ | _____% | $_____ |

Home Mortgage: If no arrearage, ongoing payments are to be made directly by the debtor(s).

Bank of America           ongoing pmt. Begin June 2015           $918.00
          Approx. arrearage $7,444.00  Interest 0.0%        $140.00

| Secured Creditors (retain lien 11 U.S.C. Section 1325(a)(5) | Value Collateral | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| _____ | $_____ | _____% | $_____ |

Unsecured Creditors**: Pay TBA% of these claims after above claims are paid;
Estimated Total Unsecured, Non-Priority Debt:     $13,800.00
Termination: Plan shall terminate upon payment of the above, approximately 60 months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR
MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE
DEEMED ACCEPTANCE  OF PLAN.
**Absent a specific court order stating otherwise, all claims, other than those specifically
provided for above, shall be paid as general unsecured debts.